# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: AHMEDALI PANJWANI | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | CASE NO.: 15-65867-MGD |
| | ) | |
| AHMEDALI PANJWANI | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOTTLING GROUP, LLC DBA THE | ) | |
| PEPSI BOTTLING GROUP AND | ) | |
| PEPSI-COLA ADVERTISING AND | ) | |
| MARKETING, INC. | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION TO AVOID JUDICIAL LIEN

Debtor, AHMEDALI PANJWANI, moves the Court, pursuant to 11 U.S.C. § 522 (f)(1) and Bankruptcy Rule 4003 (d) for an order avoiding the judicial lien of BOTTLING GROUP, LLC DBA THE PEPSI BOTTLING GROUP AND PEPSI-COLA ADVERTISING AND MARKETING, INC. and shows the court as follows:

1.

Debtor commenced this Chapter 7 case on August 21, 2015 (the "Petition Date").

2.

Respondent obtained a judgment lien against Debtor in the amount of approximately $37,962.29 with future interest, on or about July 27, 2015. Respondent filed a FiFa against Debtor with the Clerk of State Court, Dekalb County, Georgia, on August 19, 2015 in Lien Book 1665, Page 91 (the "Original Lien"). A copy of the Lien is attached hereto as Exhibit "A".

3.

Respondent's Lien has created a cloud on the title of all real and personal property owned by the Debtor and such Lien impairs Debtor's exemptions to which Debtor is entitled pursuant to the schedules in Debtor's voluntary Chapter 7 petition.

4.

Pursuant to 11 U.S.C. § 522(f)(2), Respondent's Lien impairs the exemption claimed by Debtor in the property identified in Debtor's voluntary bankruptcy petition schedules to the extent that the sum of (i) the amount of Respondent's Lien, (ii) all other liens on the Debtor's real and personal property and (iii) the amount of the exemption that the Debtor could claim if there were no liens on the property exceeds the value that the Debtor's interest in the property would have in the absence of any liens.

5.

WHEREFORE, Debtor prays that the Court enters an Order avoiding Respondent's Lien and grants Debtor such other and further relief as the Court deems equitable.

Respectfully submitted, this 8th day of November, 2017.

/s/
Howard Slomka, Esq.
GA Bar #652875
Attorney for Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Road
Overlook III, Suite 1700
Atlanta, GA 30339
(404) 800-4001

**EXHIBIT A**

FIFA

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY
**WRIT OF FIERI FACIAS**

2015116320  LIEN BOOK **1665** Pg **91**

Filed and Recorded:
8/19/2015 9:46:04 AM
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

BOTTLING GROUP, LLC DBA: THE PEPSI
BOTTLING GROUP AND PESI-COLA
ADVERTISING AND MARKETING, INC.

Plaintiff(s)

14A52902-1    CASE NUMBER
JULY 27, 2015    JUDGMENT DATE

Vs.

Plaintiff's Attorney- Name, Address & Telephone

AHMEDALI PANJWANI

VIVIAN HUDSON UCHITEL
SIMPSON, UCHITEL & WILSON, L.L.P.
P.O. BOX 550105
ATLANTA, GA 30355-2505

Defendant(s)

To the Marshal of the State Court of DeKalb County or his lawful Deputies and to all and singular the Sheriffs of the State or their lawful Deputies: and to all lawful Constables of said State.

404-266-2421    Telephone & Area Code

Fi.Fa in Hands of:    ATTORNEY

In the above styled case, and on the judgment date set out, the plaintiff(s) named above recovered against the defendant(s) named above, judgment in the following sums.

**CANCELLATION**
The within and foregoing Fi.Fa having been paid in full the Clerk of Superior Court is hereby directed to cancel it of record this _____ day of _____.

Signature: _____

Title: _____

| | |
|---:|---|
| 27213.25 | Principal |
| 6980.20 | Interest |
| 0.00 | Other |
| 3444.34 | Attorney's Fees |
| 324.50 | Court Costs |
| 37962.29 | Total |

NOTE:

with future interest upon said principal amount from the date of judgment at the legal rate. 18%

Therefore, YOU ARE COMMANDED, that the goods and chattels, lands and tenements of said defendant(s), and ESPECIALLY/ONLY of the following described property, to wit:

You cause to be made the several sums set out in the foregoing recital of the judgment in this case and have the said several sums of money before the State Court of this County at the next term of court, with this Writ to render to said plaintiff(s) the principal, interest, attorney fees and cost aforesaid.

Witness the Honorable Judges of said Court.

This August 14, 2015.

Melanie F. Wilson, Clerk
State Court of DeKalb County

By: _____
Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: AHMEDALI PANJWANI | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | CASE NO.: 15-65867-MGD |
| | ) | |
| AHMEDALI PANJWANI | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOTTLING GROUP, LLC DBA THE | ) | |
| PEPSI BOTTLING GROUP AND | ) | |
| PEPSI-COLA ADVERTISING AND | ) | |
| MARKETING, INC. | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

Notice is hereby given that a Motion to Avoid Judicial Lien on exempt property pursuant to 11 U.S.C. § 522 has been filed in the above styled action on or about the 8th day of November, 2017. Notice is further given that, pursuant to Local Rule BLR 6008-1 N.D.G.A., [BLR 755-2], the Respondent shall file a response to the motion within twenty-one (21) days after service, exclusive of the day of service, and serve a copy on Movant. In the event that no response is timely filed and served, the motion will be deemed unopposed and the Bankruptcy Court shall enter an order granting the relief sought. In the event that the motion is timely controverted, the Bankruptcy Court may schedule a hearing on notice to the movant, respondent or order such other proceedings as may be appropriate.

Dated and served this 8th day of November, 2017.

/s/
Howard P. Slomka, Esq.
GA Bar No. 652875
Attorney for Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Road
Overlook III, Suite 1700
Atlanta, GA 30339

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: AHMEDALI PANJWANI | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | CASE NO.: 15-65867-MGD |
| | ) | |
| AHMEDALI PANJWANI | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOTTLING GROUP, LLC DBA THE | ) | |
| PEPSI BOTTLING GROUP AND | ) | |
| PEPSI-COLA ADVERTISING AND | ) | |
| MARKETING, INC. | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Motion to Avoid Judicial Lien and Notice of Requirement of Response to Motion to Avoid Judicial Lien on Exempt Property and of Time to File Same pursuant to 11 U.S.C. § 522(f)(1) by depositing same in the United States Mail with adequate postage affixed thereto to insure delivery addressed as follows:

Robert Trauner
Chapter 7 Trustee
P. O. Box 421025
Atlanta, GA 30342

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Ahmedali Panjwani
2409 Mill Ridge Trail
Atlanta, GA 30345

Bottling Group, LLC
dba The Pepsi Bottling Group
c/o Vivian Hudson Uchitel
Simpson, Uchitel & Wilson, LLP
PO Box 550105
Atlanta, GA 30355-2505

Bottling Group, LLC
PepsiCo North America Beverages
1111 Westchester Avenue
White Plains, NY, 10604-3525

Bottling Group, LLC
c/o CT Corporation System, Registered Agent
289 S Culver Street
Lawrenceville, GA 30046-4805


DATED: November 8, 2017

_____/s/_____
Howard P. Slomka, Esq.
GA Bar No. 652875
Attorney for Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Road
Overlook III, Suite 1700
Atlanta, GA 30339
(404) 800-4001

# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

# BRIAN P. KEMP

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **BOTTLING GROUP, LLC** |
| Business Type: | **Foreign Limited Liability Company** |
| Business Purpose: | |
| Principal Office Address: | **PepsiCo North America Beverages, 1111 Westchester Avenue, White Plains, NY, 10604-3525, USA** |
| Jurisdiction: | **Delaware** |
| Principal Record Address: | **NONE** |

| | |
|---|---|
| Control Number: | **K906763** |
| Business Status: | **Active/Compliance** |
| Date of Formation / Registration Date: | **2/15/1999** |
| Last Annual Registration Year: | **2017** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T Corporation System** |
| Physical Address: | **289 S Culver St, Gwinnett, Lawrenceville, GA, 30046-4805, USA** |

Back

Filing History　　Name History

Return to Business Search