**IT IS ORDERED as set forth below:**



**Date: January 3, 2018**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **In re:**<br>**AHMEDALI PANJWANI,**<br>            Debtor. | Case No. 15-65867-MGD<br>Contested Matter<br>Chapter 7 |
| **AHMEDALI PANJWANI,**<br>            Movant;<br>    v.<br>**BOTTLING GROUP, LLC, D/B/A THE PEPSI BOTTLING GROUP AND PEPSI-COLA ADVERTISING AND MARKETING, INC.,**<br>            Respondent. | |

**ORDER**

Before the Court is Movant-Debtor's Motion to Avoid Judicial Lien ("Motion") filed on December 6, 2017 (ECF No. 36) pursuant to 11 U.S.C. § 522(f) and Federal Rule of Bankruptcy Procedure 4003(d) regarding a judicial lien held by Respondent. Respondent has not filed a response; thus, the Motion is deemed unopposed. *See* BLR 6008-2. Accordingly, it is

**ORDERED** that the judicial lien held by Respondent upon property of Movant-Debtor is **AVOIDED** to the extent that such lien impairs an exemption to which Movant-Debtor would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk is directed to serve a copy of this Order upon Debtor, Respondent, the Chapter 7 Trustee, and all parties in interest.

**END OF DOCUMENT**